IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00139-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT ANWAR NICKS | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 6), the Petition alleging a violation of the Defendant's supervised release, (Doc. No. 5), without prejudice.

Based on information in the motion, the Court finds good cause to grant the requested relief.

**IT IS ORDERED** that the Government's motion, (Doc. No. 6), is **GRANTED** and the Petition alleging a violation of the Defendant's supervised release, (Doc. No. 5), is **DISMISSED** without prejudice.

Signed: November 15, 2017

Robert J. Conrad, Jr.
United States District Judge